

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

13-20488-CR-ROSENBAUM/MATTHEWMAN

CASE NO._____

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

JUAN CARLOS RAMIREZ-TABORDA,
   a/k/a "Manicomio,"

      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as in and around 2001, and continuing through in and around June 2010, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Venezuela, Haiti, Dominican Republic, Guatemala, Honduras, and elsewhere, the defendant,

**JUAN CARLOS RAMIREZ-TABORDA,**
**a/k/a "Manicomio,"**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

-2-

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

From at least as early as in and around 2001, and continuing through in and around June 2010, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Venezuela, Haiti, Dominican Republic, Guatemala, Honduras, and elsewhere, the defendant,

**JUAN CARLOS RAMIREZ-TABORDA,**
a/k/a "Manicomio,"

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance in Schedule II, on board an aircraft registered in the United States, in violation of Title 21, United States Code, Section 959(b)(2); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JUAN CARLOS RAMIREZ-TABORDA, a/k/a "Manicomio,"** has an interest.

2. Upon conviction of any violation alleged in this Indictment, the defendant shall forfeit all of his respective right, title and interest to the United States in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such

-3-

violation and in any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Section 853(a)(1)-(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

JUAN CARLOS RAMIREZ-TABORDA,
    a/k/a "Manicomio,"

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami     ___ Key West
___ FTL       ___ WPB       ___ FTP

New Defendant(s)                Yes ___   No ___
Number of New Defendants        ___
Total number of counts          ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    YES
   List language and/or dialect   SPANISH

4. This case will take  _6_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days      ___          Petty    ___
   II   6 to 10 days     _X_          Minor    ___
   III  11 to 20 days    ___          Misdem.  ___
   IV   21 to 60 days    ___          Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

                                      _____
                                      Michael B. Nadler
                                      ASSISTANT UNITED STATES ATTORNEY
                                      Florida Bar No./Court No. 0051264

*Penalty Sheet(s) attached                                       REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JUAN CARLOS RAMIREZ-TABORDA, a/k/a "Manicomio"

**Case No**:

Count #: 1

Conspiracy to distribute cocaine with knowledge that it will be imported into the United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute on board an aircraft registered in United States

Title 21, United States Code, Section 963

**\* Max. Penalty**: Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.