UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20488-CR-ROSENBAUM

UNITED STATES OF AMERICA

vs.

JUAN CARLOS RAMIREZ TABORDA,
 a/k/a "Manicomio,"

       Defendant.
_____/

## FACTUAL PROFFER

If this case had proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

The defendant, JUAN CARLOS RAMIREZ TABORDA, a/k/a "Manicomio," knowingly and intentionally conspired to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

From at least 2002 until at least April of 2010, RAMIREZ TABORDA, along with others, used airplanes that he owned, either in part or outright, to ship multiple loads of cocaine from Colombia and Venezuela to both Central America and the Caribbean. The loads ranged anywhere from 300 to 2,000 kilograms each. From there, the cocaine would be delivered to representatives of other organizations, who would take the cocaine and ultimately import it into the United States. RAMIREZ TABORDA is responsible for the shipment or attempted shipment

of at least 12,500 kilograms of cocaine. RAMIREZ TABORDA owned at least some of the 12,500 kilograms, and knew that the cocaine would ultimately be imported into the United States.

**JUAN CARLOS RAMIREZ TABORDA, a/k/a "Manicomio,"** has acknowledged his role in the narcotics conspiracy as described more fully in the indictment and this factual resume.

Accordingly, if this case had gone to trial, the government could prove, beyond a reasonable doubt, that the defendant did knowingly and intentionally conspire to distribute a controlled substance, namely five kilograms or more of cocaine, knowing that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2), all in violation of Title 21, United States Code, Section 963.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 11/25/13     By: _____
                       MICHAEL B. NADLER
                       ASSISTANT UNITED STATES ATTORNEY

Date: 11/25/13     By: _____
                       NEIL SCHUSTER, ESQ.
                       ATTORNEY FOR DEFENDANT

Date: 11/25/13     By: _____
                       JUAN CARLOS RAMIREZ TABORDA
                       DEFENDANT

11/25/13

Official Court Interpreter